AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Mamie Jackson | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:23-138-JFA |
| Central Midlands Regional Transit Authority | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Summary judgment is hereby entered for Defendant Central Midlands Regional Transit Authority. Plaintiff Mamie Jackson shall take nothing of Defendant Central Midlands Regional Transit Authority as to the complaint filed pursuant to 42:12117 and this case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended granting defendant's motion for summary judgment.

Date:  October 1, 2024                                                   *Robin L. Blume, CLERK OF COURT*

                                                                                                    s/Jennifer Peterson
                                                                                   _____
                                                                                   *Signature of Clerk or Deputy Clerk*